# BakerHostetler

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/09/2020

Baker & Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Saima Z. Sheikh
direct dial: 212.589.4243
ssheikh@bakerlaw.com

November 6, 2020

**VIA ECF**

The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

**Re:    Better Holdco, Inc. v. Beeline Loans, Inc.**
**       Case No.: 1:20-cv-08686**

Dear Judge Cronan:

> It is hereby ORDERED that the Initial Pretrial Conference scheduled for November 17, 2020 is ADJOURNED to November 23, 2020 at 2:00 p.m. The parties shall submit the joint letter outlined in the Court's October 26, 2020 Order (Dkt. 19) by November 16, 2020.
>
> SO ORDERED.
>
> Date:  November 9, 2020
>        New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

This Firm represents Defendant Beeline Loans, Inc. ("Defendant") in the above-referenced action. I write, pursuant to Rule 3(B) of Your Honor's Individual Rules and Practices in Civil Cases, to request a brief adjournment of the November 17, 2020 Initial Pre-Trial Conference (IPTC) at noon (*see* Doc. No. 19). The reason for this request is because neither I nor my colleague, Amy Traub, are available on this date due to a previously scheduled mediation. For the same reason, Defendant also requests that the deadline to submit a joint letter and proposed Case Management Plan and Scheduling Order, which is currently due on November 10, 2020, be adjourned to a date that is one week before any rescheduled IPTC date.

This is the first request to adjourn the above-referenced deadlines. Plaintiff's counsel consents to this request. The parties have conferred and are available to attend an IPTC on November 19, 20, 23, or 24, or on another date at the Court's convenience. We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Saima Z. Sheikh*
Saima Z. Sheikh

cc:    All Counsel of Record (via ECF)