```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
BETTER HOLDCO, INC.,                                                   :
                                                                       :
                              Plaintiff,                               :
                                                                       :         20-CV-8686 (JPC)
        -v-                                                            :
                                                                       :         ORDER
BEELINE LOANS, INC.,                                                   :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On October 19, 2020, Plaintiff filed its Complaint. (Dkt. 1.) On December 2, 2020, after seeking leave of Court, Defendant filed a partial Motion to Dismiss. (Dkt. 32.) On December 16, 2020, Plaintiff filed an Amended Complaint. (Dkt. 35.) The Court is now in receipt of Defendant's motion for an extension of time until January 14, 2021 to respond to the Amended Complaint. (Dkt. 38.)

It is hereby ORDERED that, in light of Plaintiff's Amended Complaint, Defendant's partial Motion to Dismiss is DENIED as moot. It is further ORDERED that Defendant shall have until January 14, 2021 to answer or otherwise respond to the Amended Complaint.

The Clerk of the Court is respectfully directed to terminate the motion pending at docket number 32.

SO ORDERED.

Dated: December 28, 2020
       New York, New York

_____
JOHN P. CRONAN
United States District Judge