# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| BETER HOLDCO, INC., <br> *Plaintiff* <br> v. <br> BEELINE LOANS, INC., <br> *Defendant* | ) <br> ) <br> ) Case No. 1:20-cv-08686 <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Beeline Loans, Inc.

Date:   02/11/2021

*Attorney's signature*

Robert Modica (3943)
*Printed name and bar number*

Tyson & Mendes, LLP
100 Park Avenue, 16th Floor
New York, NY 10017
*Address*

rmodica@tysonmendes.com
*E-mail address*

(917) 781-4702
*Telephone number*

(917) 725-8799
*FAX number*