UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BETTER HOLDCO, INC.,

    *Plaintiff,*

v.

BEELINE LOANS, INC.,

    *Defendant.*

CASE NO.: 1:20-cv-08686 (JPC) (SN)

**PROPOSED ORDER GRANTING WITHDRAWAL OF APPEARANCES OF AMY TRAUB, JOHN SIEGAL, SAIMA SHEIKH, TIFFANY MIAO, AND ERIC HIATT**

In accordance with Local Civil Rule 1.4, and upon consideration of the annexed declarations, Amy Traub, John Siegal, Saima Sheikh, Tiffany Miao, and Eric Hiatt, of Baker & Hostetler LLP, are hereby withdrawn as counsel for Defendant Beeline Loans, Inc..

**SO ORDERED**

_____
U.S.D.J.
John P. Cronan

Date: March 10, 2021
New York, New York