```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BETTER HOLDCO., INC.,

                              Plaintiff,                      20-CV-08686 (JPC) (SN)

            -against-                                  **ORDER**

BEELINE LOANS, INC.,

                              Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The parties appeared before the Court on July 19, 2021, to discuss Better's request to mark 10 documents for "outside counsel's eyes only." As discussed at the conference, Better may mark these documents with this designation, but the documents must be unredacted. If necessary, Beeline may renew its application to remove this heightened level of protection upon a showing that it impedes its ability to defend against the Plaintiff's claims.

**SO ORDERED.**

                                                          _____
                                                          SARAH NETBURN
                                                          United States Magistrate Judge

Dated: July 19, 2021
         New York, New York