USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: Aug. 13, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BETTER HOLDCO, INC.,

*Plaintiff,*

v.

BEELINE LOANS, INC.,

*Defendant.*

CASE NO.: 1:20-cv-08686 (JPC)(SN)

**ORDER GRANTING
WITHDRAWAL OF
APPEARANCE OF TINA C. MA
OF TYSON & MENDES LLP**

In accordance with Local Civil Rule 1.4, and upon consideration of the annexed declaration, Tina C. Ma is hereby withdrawn as counsel for Defendant Beeline Loans, Inc.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: August 13, 2021
       New York, New York