UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
BETTER HOLDCO, INC.,                                               :
:
                 Plaintiff,                             :        20-CV-8686 (JPC)
:
      -v-                                                          :        ORDER
:
BEELINE LOANS, INC.,                                               :
:
                 Defendant.                             :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On August 23, 2021, the Honorable Sarah Netburn granted Defendant's motion for leave to amend its Counterclaim. Dkt. 120. In light of Plaintiff's letter indicating that it intends to stand by its motion to dismiss should the Amended Counterclaim stand, Dkt. 114, the Court will evaluate the pending motion to dismiss in light of the facts alleged in the Amended Counterclaim. *See Pettaway v. Nat'l Recovery Sols., LLC*, 955 F.3d 299, 303-04 (2d Cir. 2020). Plaintiff may address any additional arguments specific to the Amended Counterclaim in its forthcoming reply in support of its motion to dismiss.

      SO ORDERED.

Dated: August 25, 2021
       New York, New York
                                              JOHN P. CRONAN
                                          United States District Judge