**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 10/1/2021

**BETTER HOLDCO, INC.,**

                          **Plaintiff,**

      **-against-**

**BEELINE LOANS, INC.,**

                         **Defendant.**

--------------------------------------------------------------X

**20-CV-08686 (JPC)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

In light of the upcoming settlement conference, scheduled for October 18, 2021, discovery is STAYED until the settlement conference's conclusion. The Court will address the parties' outstanding discovery disputes, as raised in their jointly filed letter, ECF No. 128, after the settlement conference, if necessary. All discovery deadlines are extended by an additional 14 days: fact discovery shall be completed no later than October 28, 2021, and expert discovery shall be completed no later than December 15, 2021.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     October 1, 2021
              New York, New York