

**PRIYANKA WITYK**
pwityk@fklaw.com
212.833.1193

December 1, 2021

BY E-MAIL & ECF

Honorable John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

          Re:    *Better Holdco, Inc. v. Beeline Loans, Inc.*, No. 1:20-cv-08686 (JPC) (SN)

Dear Judge Cronan:

      This firm represents plaintiff Better Holdco, Inc. ("Better") in the above-referenced action.  We write pursuant to the Court's November 23, 2021 order (Dkt. No. 156) to advise the Court that Better consents to Defendant's withdrawal of its amended counterclaim.  Accordingly, Better's motion to dismiss the amended counterclaim (Dkt. No. 113) is moot.

                                    Respectfully submitted,

                                      s/ Priyanka Wityk
                                      Priyanka Wityk

cc:    All Counsel of Record (by ECF)

In light of Plaintiff's letter, Plaintiff's motion to dismiss the amended counterclaim is denied as moot.  The Clerk of Court is respectfully directed to terminate the motion pending on Dkt. 102.

SO ORDERED.

Date:   December 1, 2021
          New York, New York

                                      JOHN P. CRONAN
                                  United States District Judge

3632589.1