```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BETTER HOLDCO, INC.,

                Plaintiff,

    -against-

BEELINE LOANS, INC.,

               Defendant.

------------------------------------------------------------X

20-CV-08686 (JPC) (SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

A conference to discuss the issues raised by Beeline's and Better's letters, ECF Nos. 161, 162, is scheduled for Thursday, December 16, 2021, at 3:00 p.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

                                                              SARAH NETBURN
                                                              United States Magistrate Judge

Dated: December 14, 2021
        New York, New York