UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

BETTER HOLDCO, INC.,                                     :
                                                        :
                              Plaintiff,                :
                                                        :                    20 Civ. 8686 (JPC)
             -v-                                        :
                                                        :                    ORDER
BEELINE LOANS, INC.,                                    :
                                                        :
                              Defendant.                :
                                                        :
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On May 4, 2022, Defendant filed its Memorandum of Law in Support of its Motion to Exclude Plaintiff's Expert, Stephen Holzen, Dkt. 196, and its Memorandum of Law in Support of its Motion for Summary Judgment, Dkt. 197, under seal. The docket, however, does not reflect any request by Defendant to file these documents under seal. Under paragraph 4.B of the Court's Individual Rules and Practices in Civil Cases, "all redactions or sealing of public court filings require Court approval." Accordingly, it is hereby ORDERED that, by May 5, 2022, Defendant shall either seek leave to file its briefs in support of its motion for summary judgment and motion to exclude Plaintiff's expert, Stephen Holzen, under seal or in redacted form, in accordance with paragraph 4.B. of the Court's Individual Rules, or file these documents publicly on the docket.

In addition, the Court notes that Defendant's Memorandum of Law in Support of its Motion for Summary Judgment does not include a signature block. Federal Rule of Civil Procedure 11 provides that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name," stating the signer's address, e-mail address, and telephone number. Fed. R. Civ. P. 11(a). Rule 11 further provides that "[t]he court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's . . .

attention." Thus, Defendant is further ORDERED to promptly file a signed Memorandum of Law in Support of its Motion for Summary Judgment.

     SO ORDERED.

Dated: May 4, 2022
      New York, New York

                                  JOHN P. CRONAN
                            United States District Judge