UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

BETTER HOLDCO, INC.,

Plaintiff,

- against -

BEELINE LOANS, INC.,

Defendant.

----------------------------------------------------------------x

No. 1:20-cv-08686 (JPC) (SN)

**SECOND DECLARATION OF ANNE E. BEAUMONT IN SUPPORT OF MOTION TO EXCLUDE OR STRIKE THE OPINIONS OF DEFENDANT'S PROPOSED EXPERTS**

ANNE E. BEAUMONT, pursuant to 28 U.S.C. § 1746, states as follows:

1. I am a member of Friedman Kaplan Seiler & Adelman LLP ("Friedman Kaplan"), which is counsel for plaintiff Better Holdco, Inc. ("Better") in this action. I submit this declaration in further support of Better's motion to exclude or strike the opinions of the four experts proffered by defendant Beeline Loans, Inc. ("Beeline"), in order to put certain documents before the Court.

2. Attached as Exhibit 31 is a true and correct copy of documents which were produced on or about June 21, 2022 by Beeline with Bates numbers BEE_00042070 through 42087.

3. Attached as Exhibit 32 is a true and correct copy of the transcript of the February 16, 2022 deposition of Stephen Holzen.

4. Attached as Exhibit 33 is a true and correct copy of excerpts from the book titled *Guide to Intangible Asset Valuation*, by Robert F. Reilly and Robert P. Schweihs.

5. Attached as Exhibit 34 is a true and correct copy of excerpts from the book titled *Valuing Intangible Assets*, by Robert F. Reilly and Robert P. Schweihs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 27, 2022.

s/ Anne E. Beaumont
ANNE E. BEAUMONT