# Exhibit 34

Copyrighted Material

IRWIN LIBRARY
*of Investment & Finance*

# VALUING Intangible Assets



- Comprehensive Guide
- Presents Three Approaches:
  Cost Approach, Market Approach, and Income Approach
- Key Examples Help Guide You Through the Process

Robert F. Reilly • Robert P. Schweihs

Copyrighted Material

# Valuing Intangible Assets

**ROBERT F. REILLY, CFA, ASA, CPA**
Managing Director
*Willamette Management Associates*

**ROBERT P. SCHWEIHS, ASA**
Managing Director
*Willamette Management Associates*

**McGraw-Hill**
New York San Francisco Washington, D.C. Auckland Bogotá
Caracas Lisbon London Madrid Mexico City Milan
Montreal New Delhi San Juan Singapore
Sydney Tokyo Toronto

Copyrighted Material

**Library of Congress Cataloging-in-Publication Data**

Reilly, Robert F.
Valuing intangible assets / Robert F. Reilly, Robert P. Schweihs.
p. cm.
ISBN 0-7863-1065-0
1. Intangible property—Valuation. I. Schweihs, Robert P.
II. Title.
HF5681.I55R45 1998
657'.7—dc21 98-13959
CIP

*McGraw-Hill*
*A Division of The McGraw-Hill Companies*

Copyright © 1999 by Robert F. Reilly and Robert P. Schweihs. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written permission of the publisher.

2 3 4 5 6 7 8 9 0 DOC/DOC 0 3 2 1 0

ISBN 0-7863-1065-0

*The sponsoring editor for this book was Roger Marsh and the production supervisor was Suzanne W. B. Rapcavage. It was set in Palatino by Inkwell Publishing Services.*

*Printed and bound by R.R. Donnelley & Sons Company.*

This publication is designed to provide accurate and authoritative information in regard to the subject matter covered. It is sold with the understanding that neither the author nor the publisher is engaged in rendering legal, accounting, or other professional service. If legal advice or other expert assistance is required, the services of a competent professional person should be sought.

—*From a Declaration of Principles jointly adopted by a Committee of the American Bar Association and a Committee of Publishers.*

McGraw-Hill books are available at special quantity discounts to use as premiums and sales promotions, or for use in corporate training programs. For more information, please write to the Director of Special Sales, McGraw-Hill, 11 West 19th Street, New York, NY 10011. Or contact your local bookstore.

This book is printed on acid-free paper.

Copyrighted Material

Exhibit 8-3 also summarizes our cost analyses. It estimates the recreation costs for the subject intellectual property materials and the resulting value indication. We have not considered in our analysis the cost of typesetting, printing, and binding the actual number of manuals required in the hospital's 115 departments.

We considered all forms of obsolescence in our cost approach analysis.

We inspected the subject materials, and we found no evidence of physical deterioration.

We interviewed hospital personnel in various departments. We found no evidence of functional obsolescence with regard to the subject materials because the materials are constantly reviewed and updated so they are in compliance with regulatory changes.

Likewise, we observed no evidence of technological obsolescence. The subject materials document the most current systems and procedures used in the hospital.

Finally, we observed no evidence of economic obsolescence. Historically, Community Hospital has been a profitable healthcare institution. In fact, its rate of return on assets is higher than the industry average for hospitals. Therefore, we observed no evidence that Community Hospital was not earning a fair rate of return on the subject intellectual property materials.

Based on our cost approach valuation analysis, the indicated fair market value of the subject intellectual property materials, as of December 31, 1997, is **$3,070,000.**

## SUMMARY

The cost approach is one fundamental way of estimating the value of intangible assets and intellectual properties. There are several cost approach valuation methods, the most common being the reproduction cost method and the replacement cost method. If properly applied (and except for rounding), each cost approach method should eventually result in a similar indication of value.

It is noteworthy that there are elements of market analyses and of income analyses in the cost approach. For example, supply and demand factors in the marketplace determine the current cost of the materials, labor, and overhead associated with the development of the subject intangible asset. The analyst should consider lost income (in the form of an opportunity cost) when estimating the amount of developer's profit and entrepreneurial incentive associated with the intangible asset development project. All of these components of cost should be considered in a rigorous cost approach analysis.

Cost is not necessarily equal to price, and price is not necessarily equal to value. However, the cost approach analysis can provide a reasonable indication of value if all forms of obsolescence are properly identified, quantified, and subtracted from the current cost estimate. Note, however, that the obsolescence that is subtracted from the current cost estimate should relate to the subject intangible asset only. In other words, it is not appropriate (but it is sometimes easy to do) to import obsolescence from any tangible assets that are used with the subject intangible asset and to assign that imported obsolescence to the subject intangible asset. Experienced analysts are careful to assign the obsolescence related to tangible assets to those assets and to assign only the obsolescence related to intangible assets to those assets.