# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| Better Holdco, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-08686 (JPC) (SN) |
| Beeline Loans, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Better Holdco, Inc.                                                                                                                                          .

Date: October 26, 2022

*Jason H. Berland*
*Attorney's signature*

Jason H. Berland - JB4136
*Printed name and bar number*

1/0 Capital, LLC, 1 World Trade Center, 85th Fl., New York, NY 10007
*Address*

jason@onezerocapital.com
*E-mail address*

917-903-5424
*Telephone number*

*FAX number*