UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BETTER HOLDCO, INC,

        Plaintiff,

        v.

BEELINE LOANS, INC.,

        Defendant.

---

No. 1:20-cv-08686 (JPC) (SN)

**[PROPOSED] ORDER GRANTING WITHDRAWAL OF APPEARANCE**

      In accordance with Local Civil Rule 1.4, and upon consideration of the annexed declaration, Jacob L. Hirsh of Friedman Kaplan Seiler & Adelman LLP is hereby withdrawn as counsel for Plaintiff Better Holdco, Inc. and removed from the CM/ECF service list for this action.

      SO ORDERED:

                              _____
                                    U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
BETTER HOLDCO, INC, :
:
                    Plaintiff, : No. 1:20-cv-08686 (JPC) (SN)
:
                        v. : **DECLARATION OF JACOB L. HIRSCH**
:
BEELINE LOANS, INC., :
:
                    Defendant. :
:
---------------------------------------------------------------x

       JACOB L. HIRSCH, pursuant to 28 U.S.C. § 1746, states as follows:

       1.     I am associated with Friedman Kaplan Seiler & Adelman LLP, which is counsel for Plaintiff Better Holdco, Inc. ("Better") in this case. I submit this declaration pursuant to Local Rule 1.4 to notify the Court of my intent to withdraw as counsel for Better.

       2.     After October 26, 2022, I will no longer be associated with Friedman Kaplan Seiler & Adelman LLP. Anne E. Beaumont, Lance J. Gotko and Priyanka K. Wityk, other attorneys at Friedman Kaplan Seiler & Adelman LLP who have appeared in this matter, will continue to represent Better.

       I declare under penalty of perjury that the foregoing is true and correct.

       Executed at New York, New York on October 26, 2022.


                                                       s/ Jacob L. Hirsch
                                                       JACOB L. HIRSCH