```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
BETTER HOLDCO, INC,                                        :
:
                 Plaintiff,                 :   No. 1:20-cv-08686 (JPC) (SN)
:
           v.                                      :   **ORDER GRANTING**
:   **WITHDRAWAL OF APPEARANCE**
BEELINE LOANS, INC.,                                       :
:
                 Defendant.                 :
:
-----------------------------------------------------------x

       In accordance with Local Civil Rule 1.4, and upon consideration of the annexed declaration, Jacob L. Hirsh of Friedman Kaplan Seiler & Adelman LLP is hereby withdrawn as counsel for Plaintiff Better Holdco, Inc. and removed from the CM/ECF service list for this action.

**SO ORDERED.**

                                        _____
                                        SARAH NETBURN
                                        United States Magistrate Judge

Dated: November 9, 2022
       New York, New York