UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
BETTER HOLDCO, INC.,                                              :
                                                                  :
                              Plaintiff,         :      No. 1:20-cv-08686 (JPC) (SN)
                                                                  :
      - against -                                :      **NOTICE OF**
                                                                  :      **CHANGE OF FIRM NAME**
BEELINE LOANS, INC.,                                              :
                                                                  :
                              Defendant.        :
                                                                  :
------------------------------------------------------------------x

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

        PLEASE TAKE NOTICE that, as of January 3, 2023, the law firm of Friedman Kaplan Seiler & Adelman LLP has changed its name to:

**FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP**

        The firm's address and telephone number remain the same. The telephone numbers and email addresses for the attorneys in this matter also remain the same.

Dated:   New York, New York
             February 2, 2023

                                            Respectfully Submitted,

                                            FRIEDMAN KAPLAN SEILER
                                              ADELMAN & ROBBINS LLP

                                            s/ Anne E. Beaumont
                                            Anne E. Beaumont (abeaumont@fklaw.com)
                                            Lance J. Gotko (lgotko@fklaw.com)
                                            Priyanka Wityk (pwityk@fklaw.com)
                                            7 Times Square
                                            New York, New York 10036-6516
                                            (212) 833-1100

                                            *Attorneys for Better Holdco, Inc.*

3708399.1