UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
BETTER HOLDCO, INC.,                                               :
                                                                   :
                          Plaintiff,                               :      20 Civ. 8686 (JPC) (SN)
                                                                   :
            -v-                                                    :      PRETRIAL ORDER
                                                                   :
BEELINE LOANS, INC.,                                               :
                                                                   :
                          Defendant.                               :
                                                                   :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Trial is scheduled to begin in this matter on January 8, 2024.  The parties must familiarize themselves with the Court's Individual Rules and Practices for Civil Cases, available at https://www.nysd.uscourts.gov/hon-john-p-cronan.  In the event that witnesses have conflicts with a trial at that time, the parties shall file a joint status letter by April 21, 2023 proposing a mutually acceptable trial date in 2024.  The joint proposed pretrial order and all other required pretrial filings shall be filed in accordance with 7.B-C of the Court's Individual Rules and Practices in Civil Cases is due December 8, 2023.  Any opposition to a motion *in limine* and responsive pretrial memoranda of law shall be filed by December 15, 2023.  The parties shall appear for a final pretrial conference on January 4, 2024 at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan States Courthouse, 500 Pearl Street, New York, NY 10007.  The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.  The Parties shall submit thumb drives with electronic copies of all intended exhibits by January 5, 2024.

      SO ORDERED.

Dated: April 11, 2023
      New York, New York
                                                                                JOHN P. CRONAN
                                                                 United States District Judge