**COFFEY MODICA O'MEARA CAPOWSKI**

OFFICES  NEW YORK  NEW JERSEY  CONNECTICUT

April 21, 2023

**VIA E-MAIL & ECF**
Honorable John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

Re: *Better Holdco, Inc. v. Beeline Loans, Inc.*, No. 1:20-cv-08686 (JPC) (SN)

Dear Judge Cronan:

The undersigned represent Defendant, Beeline Loans, Inc. ("Beeline"), in the above-referenced action. We write on behalf of both Beeline and Plaintiff, Better Holdco, Inc. ("Better"), pursuant to the Court's Pretrial Order, dated April 11, 2023, and Rule 1(A) of the Court's Individual Rules and Practices in Civil Cases to propose a trial date.

Trial is currently scheduled to begin in this matter on January 8, 2024. After conferring with their respective clients and witnesses, the parties propose a mutually acceptable trial date of April 8, 2024. As discussed at the status conference on April 11, 2023, we expect the trial in this matter to proceed for approximately two (2) weeks.

A final pretrial conference is currently scheduled for January 4, 2024 at 10:00 a.m. Should the Court agree to the parties' proposed trial date of April 8, 2024, we propose that the final pretrial conference be held on the mutually agreed-upon date of April 4, 2024 at 10:00 a.m.

The parties are available to discuss this application at the Court's convenience.

Respectfully submitted,

Robert Modica, Esq.

Cc: All Counsel of Record (by e-mail and ECF)