UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
BETTER HOLDCO, INC.,                                              :
:
                     Plaintiff,               :         20 Civ. 8686 (JPC) (SN)
:
       -v-                                                        :        AMENDED PRETRIAL
:             ORDER
BEELINE LOANS, INC.,                                              :
:
                     Defendant.              :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The start of trial is adjourned to April 8, 2024. The parties must familiarize themselves with the Court's Individual Rules and Practices for Civil Cases, available at https://www.nysd.uscourts.gov/hon-john-p-cronan. The joint proposed pretrial order and all other required pretrial filings shall be filed in accordance with 7.B-C of the Court's Individual Rules and Practices in Civil Cases is due March 8, 2024. Any opposition to a motion *in limine* and responsive pretrial memoranda of law shall be filed by March 15, 2024. The parties shall appear for a final pretrial conference on April 4, 2024 at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan States Courthouse, 500 Pearl Street, New York, NY 10007. The final pretrial conference must be attended by the attorney who will serve as principal trial counsel. The Parties shall submit thumb drives with electronic copies of all intended exhibits by April 5, 2024.

       SO ORDERED.

Dated: April 24, 2023
       New York, New York                     _____
                                                         JOHN P. CRONAN
                                                     United States District Judge