```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BETTER HOLDCO, INC.,

                              Plaintiff,                      20-CV-08686 (JPC) (SN)

                -against-                                **ORDER**

BEELINE LOANS, INC.,

                              Defendant.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the upcoming trial date on April 8, 2024, the parties are directed to contact Courtroom Deputy Diljah Shaw with both parties on the e-mail, at diljah_shaw@nysd.uscourts.gov, to schedule a settlement conference if they believe it would be productive. Due to the Court's busy calendar, the parties must contact the Court immediately to schedule a settlement conference before March 8, 2024. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                          _____
                                                          SARAH NETBURN
                                                          United States Magistrate Judge

Dated: December 6, 2023
        New York, New York