UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BETTER HOLDCO, INC.,<br><br>                       Plaintiff,<br><br>v.<br><br>BEELINE LOANS, INC.,<br><br>                       Defendant. | Civil Action No. 1:20-cv-08686 (JPC) (SN)<br><br>NOTICE OF APPEARANCE |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel in the above-entitled action for Plaintiff, Better Holdco, Inc. I certify that I am admitted to practice in this Court and respectfully request that all pleadings, notices, orders, correspondence, and other papers filed in connection with the above-entitled action be served on the undersigned.

Dated: January 30, 2024
       New York, NY

                                        /s Alex G. Patchen
                                        Alex G. Patchen
                                        LISTON ABRAMSON LLP
                                        The Chrysler Building
                                        405 Lexington Avenue, 46th Floor
                                        New York, NY 10174
                                        Tel:  (212) 257-1630
                                        Email:  alex.patchen@listonabramson.com