**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BETTER HOLDCO, INC.,

*Plaintiff*,

-against-

BEELINE LOANS, INC.,

*Defendant*.

Index No. 1:20-cv-08686

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the

attorneys of record for the parties, that any and all claims asserted in the above-captioned action

shall be and hereby are dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal

Rules of Civil Procedure, and without costs, disbursements or fees to either side.

Dated: June _7_, 2024

LISTON ABRAMSON LLP

David G. Liston
(david.liston@listonabramson.com)
Ari J. Jaffess
(ari.jaffess@listonabramson.com)
405 Lexington Avenue, 46th Floor
New York, NY 10174
(212) 257-1630

*Counsel for Plaintiff Better Holdco, Inc.*
*(n/k/a Better Home & Finance Holding Co.)*

COFFEY MODICA LLP

Robert Modica (rmodica@coffeymodica.com)
200 East Post Road
Suite 210
White Plains, NY 10601
(212) 827-4501

*Attorneys for Defendant Beeline Loans, Inc.*

SO ORDERED:

Hon. Margaret M. Garnett
United States District Judge